In the Matter of the Application of the Public Service Commission for the First District of the State of New York, Respondent, etc., Relative to Acquiring Certain Lots, etc., at the Foot of Montague Street, in the Borough of Brooklyn, etc. New York Dock Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Joseph Kizis, Respondent, v. The Brooklyn Heights Railroad Company, Defendant. Adolph Ruger, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Alfred A. Mitchell, Respondent, v. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to renew its motion upon additional papers if so advised. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Louis D'Leen, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. John G. Stadleman, Defendant, and Augusta Stadleman, Appellant.— Judgment of conviction of the County Court of Dutchess county affirmed. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York ex rel. Edward J. Gleason, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

The People of the State of New York ex rel. Charles C. Hendrick, Respondent, v. Warden of Raymond Street Jail and Others, Defendants. Agnes M. Hendrick, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.

Richmond Assets Collecting Company, Appellant, v. Dellora R. Gates, as Executrix, etc., Respondent, Impleaded with Charles W. Morse and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.

Richard Schnibbe, Respondent, v. Hauck Manufacturing Company, Defendant, Impleaded with Oscar A. Lewis, as Trustee in Bankruptcy, etc., Appellant.— It is decided (1) that the reply did not deny that plaintiff knew the stock was transferred to plaintiff by Gutkes while insolvent and in fraud of his creditors, without consideration, and that the first counterclaim was admitted and that defendant could move to dismiss the complaint at the commencement of the trial; (2) that if the reply was defective as to the second counterclaim, it should have been attacked before the trial; (3) that it does not appear that plaintiff had actual knowledge that the tax had not been paid and that such knowledge is not imputed to him. Hence the reply to that counterclaim was sufficient.